UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRENT ELISENS, | ) |
|     Plaintiff, | ) ) ) |
|                v. | )    1:22-cv-00387-JDL ) |
| MAINE STATE FORENSICS DHHS, et al., | ) ) ) |
|     Defendants. | ) |

### ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

Plaintiff Brent Elisens, proceeding pro se, brought this action against Maine State Forensics (Department of Health and Human Services), two Maine State Forensics employees (Ann LeBlanc and Elizabeth Brodie), and his former state-appointed attorney, Jennifer Cohen, on December 7, 2022 (ECF No. 1). On December 9, 2022, Elisens filed an Amended Complaint (ECF No. 5). Elisens alleges that the Defendants violated his constitutional rights and defamed him in connection with an ongoing state court criminal proceeding.

United States Magistrate Judge John C. Nivison screened Elisens's Amended Complaint pursuant to 28 U.S.C.A. § 1915(e)(2) (West 2022) and filed a Recommended Decision with the Court on December 19, 2022, pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2022) and Fed. R. Civ. P. 72(b) (ECF No. 7). Judge Nivison recommends that the Court abstain from exercising jurisdiction and dismiss the Amended Complaint. Judge Nivison provided notice that a party's failure to

object would waive the right to *de novo* review and appeal. Elisens filed an objection on December 27, 2022 (ECF No. 8).

I have reviewed and considered the Recommended Decision and Elisens's Objection, together with the entire record, and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge. I concur with the recommendation of the Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is **ORDERED** that the Recommended Decision (ECF No. 7) of the Magistrate Judge is hereby **ACCEPTED** and Elisens's Amended Complaint (ECF No. 5) is **DISMISSED**.

**SO ORDERED.**

**Dated this 1st day of March 2023.**

                                                                   /s/ Jon D. Levy
                                              **CHIEF U.S. DISTRICT JUDGE**